**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Francisco DURAN–ESTRADA,**
**Defendant–Appellant.**

No. 08–30000.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2008.*

Filed Oct. 21, 2008.

Timothy J. Racicot, Esq., USMI–Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Esq., FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before LEAVY, RYMER, and THOMAS, Circuit Judges.

MEMORANDUM **

Francisco Duran–Estrada appeals from the 40–month sentence imposed following his guilty-plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326, and being an illegal alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Duran–Estrada contends that the district court committed procedural error by failing to adequately explain his sentence and that the sentence is substantively unreasonable because it is greater than necessary in light of his personal circumstances. We conclude that the district court did not commit procedural error and that the sentence imposed is substantively reasonable. *See United States v. Stoterau*, 524 F.3d 988, 999–1002 (9th Cir.2008).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.